■ ORIENT OVERSEAS ASSOCIATES, Appellant, v XL INSURANCE AMERICA, INC., et al., Respondents, et al., Defendant. [63 NYS3d 864]—Appeals having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Shirley Werner Kornreich, J.), entered August 16, 2016, and from orders of the same court and Justice, entered July 13, 2016, and said appeals having been argued by counsel for the respective parties; and due deliberation having been had thereon, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed for the reasons stated by Kornreich, J. (2016 NY Slip Op 31009[U]). The appeals from the orders are dismissed, without costs, as

subsumed in the appeal from the judgment. Concur—Friedman, J.P., Gische, Kapnick, Kahn and Moulton, JJ.